McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-MC-00005-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $120,533.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Lotrion White ("claimant"), by and through their respective counsel, as follows:

1. On or about November 5, 2020, claimant filed a claim in the administrative forfeiture proceeding with the U.S. Customs and Border Protection with respect to the approximately $120,533.00 in U.S. Currency (hereafter "defendant currency"), which was seized on September 3, 2020.

2. The U.S. Customs and Border Protection has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is February 3, 2021.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to May 4, 2021, the time in which the United States is required to file a civil complaint forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to May 4, 2021.

Dated:  January 21, 2021         McGREGOR W. SCOTT
                                 United States Attorney

                                 By:  /s/ Kevin Khasigian
                                      KEVIN C. KHASIGIAN
                                      Assistant United States Attorney


Dated:  January 21, 2021         By:  /s/ Matthew Owdom
                                      MATTHEW OWDOM
                                      Attorney for Potential Claimant
                                      Lotrion White
                                      (Signature approved by email on 1/21/2021)

**ORDER**

IT IS SO ORDERED.

Dated:   **January 25, 2021**          Dale A. Drozd
                                       UNITED STATES DISTRICT JUDGE