1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ALYSON A. BERG
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

5  Attorneys for the United States

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $120,533.00 IN U.S. CURRENCY,<br><br>Defendant. | CASE NO. 1:21-MC-00005-DAD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Lotrion White ("claimant"), by and through their respective counsel, as follows:

1. On or about November 5, 2020, claimant filed a claim in the administrative forfeiture proceeding with the U.S. Customs and Border Protection with respect to the approximately $120,533.00 in U.S. Currency (hereafter "defendant currency"), which was seized on September 3, 2020.

2. The U.S. Customs and Border Protection has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

1

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was February 3, 2021.

4. By Stipulation and Order filed January 25, 2021, the parties stipulated to extend to May 4, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to June 3, 2021, the time in which the United States is required to file a civil complaint forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to June 3, 2021.

Dated: April 21, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ Alyson A. Berg
ALYSON A. BERG
Assistant United States Attorney

Dated: April 21, 2021

By: /s/ Matthew Owdom
MATTHEW OWDOM
Attorney for Potential Claimant
Lotrion White
(Approved by email on 4/21/2021)

**ORDER**

IT IS SO ORDERED.

Dated: **April 22, 2021**

Dale A. Drozd
UNITED STATES DISTRICT JUDGE